## FIRST HUNTINGTON NAT. BANK v. UNITED STATES.

### No. 4740.

United States Circuit Court of Appeals, Fourth Circuit.

Feb. 8, 1941.

Jackson N. Huddleston, of Huntington, W. Va. (Walter L. Brown and Fitzpatrick, Brown & Davis, all of Huntington, W. Va., on the brief), for appellant.

S. Dee Hanson, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Lemuel R. Via, U. S. Atty., and John W. Hereford, Asst. U. S. Atty., both of Huntington, W. Va., on the brief), for appellee.

Before PARKER, SOPER, and DOBIE, Circuit Judges.

PER ·CURIAM.

The judgment of the District Court is affirmed. See the opinion of Judge Harry E. Watkins, 34 F.Supp. 578.

Affirmed.

## UNITED STATES ex rel. LAU CHIU, Appellant v. Rudolph REIMER, Commissioner of Immigration, Appellee.

### No. 103.

Circuit Court of Appeals, Second Circuit.

Nov. 25, 1940.

Samuel B. Wasserman, of New York City, for appellant.

J. Randall Creel, of New York City, for appellee.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below. 36 F. Supp. 523.